UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHERYL POTTS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-996 |
| | § | |
| NANCY A. BERRYHILL, | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Pursuant to the court's order signed this date, the Magistrate Judge's memorandum and recommendation (Dkt. 17) is ADOPTED IN FULL, plaintiff Cheryl Potts's motion for summary judgment (Dkt. 14) is DENIED, and defendant Nancy A. Berryhill's cross-motion for summary judgment (Dkt. 13) is GRANTED. Potts's claims are DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on July 20, 2018.

Gray H. Miller
United States District Judge